**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS WAYNE BERRY, | Case No. CV 16-0554-RGK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 12, 2017

R. GARY KLAUSNER
U.S. DISTRICT JUDGE